**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-02838-RPM-KMT

SHAREN FLOWERS,

       Plaintiff,

v.

UNITED COLLECTION BUREAU, INC., an Ohio corporation, and,
TOYA LATRISE ROGERS, individually,

       Defendants.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay their own attorney's fees and costs.

    DATED: June 11th, 2010

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge